# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
MAY 1 1 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| United States of America<br>vs.<br>Delfino Moreno Ambriz | Case No. 1:17-CR-00180-DAD-BAM-2 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Delfino Moreno Ambriz__, have discussed with __Zaren Craddock__, Pretrial Services Officer, modifications of my release conditions as follows:

**The defendant's curfew (condition (l) on release order dated July 31, 2017) is removed; and,**

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

__DELFINO MORENO__  __5/8/18__          __[signature]__  __5/8/18__
Signature of Defendant  Date            Pretrial Services Officer  Date

I have reviewed the conditions and concur that this modification is appropriate.

__[signature]__                                    __5/10/18__
Signature of Assistant United States Attorney       Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

__[signature]__                                    __5-7-18__
Signature of Defense Counsel                        Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on __5/10/18__.
[ ] The above modification of conditions of release is *not* ordered.

__Sheila K. Oberto__                               __5/10/18__
Signature of Judicial Officer                       Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services