McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00180-DAD-BAM |
| Plaintiff, | STIPULATION FOR PROTECTIVE ORDER REGARDING SENSITIVE MATERIAL |
| v. | |
| DELFINO MORENO AMBRIZ, | Trial Date: December 12, 2018 Time: 8:30 am COURT: Hon. Dale A. Drozd |
| Defendant. | |

WHEREAS, the government possesses, or may come to possess, recordings, photographs, documents, reports, or other materials the disclosure of which may ordinarily be required by the government's Rule 16, Jencks Act, Brady or other discovery obligations, but the dissemination of which could pose a serious risk to certain defendants, witnesses, or the confidentiality of an ongoing investigation (the "Sensitive Materials");

WHEREAS, the parties desire to have the Sensitive Materials produced to defense counsel;

WHEREAS, the parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, Delfino Moreno Ambriz, by and through his counsel of record, Kevin Little, and the United States of America, by and through Assistant United States Attorney Jeffrey A. Spivak, hereby agree and stipulate as follows:

1.      This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

1

2.      This Order pertains to the Sensitive Materials, which will be identified as Sensitive Materials.  This Order also relates to any written or verbal communications between the government and Defense Counsel regarding the Sensitive Materials.

3.      By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents or other information, verbal or written, that contain Sensitive Materials with anyone other than Defense Counsel, defense investigators, and support staff.  Defense Counsel may permit Defendant to review un-redacted documents in the presence of his attorney, defense investigators, and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow Defendant to copy Sensitive Materials contained in the discovery.

4.      The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose.

5.      Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6.      Defense Counsel shall be responsible for advising Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7.      In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

///
///
///
///
///
///
///
///
///
///

8. Defense Counsel reserves the right to later seek to have the terms of this Order modified or revoked.

IT IS SO STIPULATED.


DATED: November 29, 2018      McGREGOR W. SCOTT
      United States Attorney

      By: */s/ Jeffrey A. Spivak*
      JEFFREY A. SPIVAK
      Assistant U.S. Attorney


DATED: November 29, 2018      By: /s/ Kevin G. Little
      KEVIN G. LITTLE
      Attorney for Defendant Delfino Moreno Ambriz
      (As approved by email 11/30/2018)


ORDER

IT IS SO ORDERED.

Dated:   **November 30, 2018**

UNITED STATES DISTRICT JUDGE

3