IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:17-cr-00180-DAD-BAM-2 |
| Plaintiff, | ) ORDER EXONERATING CASH BOND |
| vs. | ) |
| DELFINO MORENO AMBRIZ, | ) |
| Defendant. | ) |

The defendant having been sentenced on March 25, 2019,

IT IS HEREBY ORDERED that the cash bond posted for DELFINO MORENO AMBRIZ is exonerated and the Clerk of the Court is directed to return the $300.00 cash (Receipt #CAE10003641) to ERIKA MORENO at P.O Box 2041, Tulare, CA 93274.

IT IS SO ORDERED.

Dated:  **January 4, 2021**                    _Dale A. Drozd_
                                                                    UNITED STATES DISTRICT JUDGE